# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARY ANTIONETTE ROBINSON,**
        **Plaintiff,**

     v.                                                            Case No. 11-C-0115

**SCHLOSSMANN'S HONDA CITY/JONATHAN T.**
**SWAIN, ERD, and EEOC**
        **Defendants.**

## DECISION AND ORDER

On January 28, 2011, plaintiff Mary Antoinette Robinson, proceeding pro se, filed a complaint against several defendants. In an order dated February 10, 2011, I found that plaintiff had failed to state a claim against any defendant and granted her leave to file an amended complaint, which she has now submitted. However, the amended complaint also fails to state a claim. The amended complaint is not clear, but my best interpretation of plaintiff's grievance is that she feels she has been discriminated against on multiple occasions by various potential employers. She also seems to think that she has been treated unfairly or improperly by the Wisconsin Equal Rights Division, the federal Equal Employment Opportunity Commission, and various attorneys who got involved with her claims. But this is just speculation on my part. The bottom line is that the complaint does not contain a short and plain statement of the claim showing that plaintiff is entitled to relief. Indeed, I cannot even determine whether I have subject matter jurisdiction over any claim that plaintiff might be attempting to assert. Therefore, the complaint will be dismissed. See Fed. R. Civ. P. 8(a).

Because plaintiff has already had an opportunity to cure the complaint's defects, the Clerk of Court will be directed to enter final judgment. However, the dismissal is without prejudice.

**THEREFORE, IT IS ORDERED** that the complaint is **DISMISSED** for failure to comply with Federal Rule of Civil Procedure 8(a). The Clerk of Court is directed to enter final judgment dismissing this action without prejudice.

Dated at Milwaukee, Wisconsin, this 15th day of March, 2011.

/s_____
LYNN ADELMAN
District Judge